IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 325-008 |
| | ) | |
| MARCO ANTONIO SANCHEZ | ) | |
| LINDSEY O'NEAL | ) | |
| JAVARIS BAILEY | ) | |
| TRAE GODFREY | ) | |
| SHAWNDREKA WRIGHT | ) | |
| WARIS MUHAMMAD | ) | |
| RODRIGUEZ KEMP | ) | |
| KIJANA SPIKES | ) | |
| DEMARIO RASHAD LEWIS | ) | |
| TORIANNA GLOVER | ) | |
| JAMES BROXTON, JR. | ) | |
| JAKARIE MARTIN | ) | |
| STACEY BLACKSHEAR | ) | |
| MICHAEL HURST, JR. | ) | |
| DMECO AUTRAVIUS ROZIER | ) | |
| ERIKKA KELLAM | ) | |

**O R D E R**

Before the Court is the government's motion to designate this case as complex. (Doc. no. 51.) No Defendant filed any opposition by the Defendant 1, 2025 deadline. (See doc. no. 87.) Indeed, at the various initial appearance and arraignment proceedings, defense counsel represented orally there were no objections to the government's motion. (Doc. no. 51, p. 2.) For all the reasons detailed in the motion, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), this case is so unusual or complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial

itself within the time limits established by 18 U.S.C. § 3161(c)(1). The Court further finds the ends of justice served by granting the motion outweigh the best interests of the public and Defendants in a speedy trial. Accordingly, the Court **GRANTS** the motion to designate this case as complex and excludes the time from December 3, 2025, until further ruling of the Court from computation under the Speedy Trial Act.

SO ORDERED this 3rd day of December, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA